1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MONICA LEWIS, | Case No. 10cv1193 BTM(WVG) |
| Plaintiff, | **ORDER RE: ENTRY OF JUDGMENT** |
| v. | |
| U.S. DEPT. H.U.D., ET AL., | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20

    In an order filed on June 8, 2010, the Court dismissed Plaintiff's Complaint for failure to state a claim.  The Court granted Plaintiff leave to file an amended complaint on or before July 6, 2010.  Plaintiff has not filed an amended Complaint.  Therefore, the Clerk shall enter judgment dismissing this case without prejudice.

21
22

**IT IS SO ORDERED.**

23

DATED:  July 14, 2010

24
25

Honorable Barry Ted Moskowitz
United States District Judge

26
27
28

1